IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| SLICK SLIDE LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 4:23-cv-00643 |
| | ) | |
| v. | ) | |
| | ) | |
| NINJA KIDZ ACTION PARK LLC, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, Slick Slide LLC ("Slick Slide"), for its Complaint against Defendant, Ninja Kidz Action Park LLC ("Defendant"), states and alleges the following:

## NATURE OF THE ACTION

1. This is an action for patent infringement and arises under the patent laws of the United States, codified in Title 35 of the United States Code.

## THE PARTIES

2. Plaintiff Slick Slide LLC has a place of business at 4247 E. Casitas Del Rio, Phoenix, Arizona 85050, and is a well-known provider of recreational slides.

3. Defendant Ninja Kidz Action Park LLC has a place of business at 8800 N. Tarrant Parkway, Suite #200, North Richland Hills, Texas 76182. Defendant is a trampoline park, in which it uses and operates recreational slides.

## JURISDICTION AND VENUE

4. This is a patent infringement case, and this Court has subject matter jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a).

**COMPLAINT AND DEMAND FOR JURY TRIAL** – Page 1

5. Venue in this judicial district is appropriate based on 28 U.S.C. § 1400(b), in that the Defendant resides therein, or the Defendant has committed acts of infringement and has a regular and established place of business therein.

## BACKGROUND FACTS

6. Slick Slide is a family-friendly business, providing entertainment for children and adults in the form of innovative and customized recreational slides. Slick Slide has provided its innovative and customized recreational slides throughout the United States.

7. Slick Slide incorporates unique technology and innovative designs in its products to provide a customized experience for its customers. Slick Slide's products are also customized to its customers' environment, including amusement parks and water parks. Slick Slide's product offerings include indoor and outdoor customized recreational slides.

8. The slide designs offered by Slick Slide are the original creation of Slick Slide. By way of example only, Slick Slide's Launch Slide design is an original creation of Slick Slide.

9. Slick Slide's Launch Slide design is protected by United States Design Patent No. D973,821, entitled "Recreational Slide" ("the '821 patent"), which issued from the United States Patent and Trademark Office ("USPTO") on December 27, 2022, to inventor Gary Schmit. Mr. Schmit assigned the '821 patent to Slick Slide, which at all times relevant to this action has been the owner of the '821 patent. A copy of the '821 patent is attached to this Complaint as Exhibit A. Slick Slide marks its Launch Slide with the '821 patent.

10. Defendant is a trampoline park. In connection with its business, it uses and operates recreational slides. For example, Defendant uses and operates the slides that are depicted in the image attached hereto as Exhibit B. Defendant uses and operates the slides that are depicted in the

image attached hereto as Exhibit B in this judicial district, has substantial and continuous contacts with this judicial district, and conducts systematic business in this judicial district.

## COUNT I – PATENT INFRINGEMENT

11. The allegations of 1-10 are incorporated by reference as if fully set forth herein.

12. Defendant has infringed and continues to infringe the '821 patent by its operation and use of the recreational slides depicted in the image attached hereto as Exhibit B.

13. Defendant's acts of patent infringement complained of herein are being carried out willfully and with full knowledge of Slick Slide's rights in the '821 patent. By way of example only, upon information and belief, Defendant's acts of patent infringement are being carried out despite Defendant's knowledge that Slick Slide marks its Launch Slide with the '821 patent, via its website.

14. As a result of Defendant's actions, Slick Slide has suffered and continues to suffer substantial injury, including irreparable injury and monetary damage, including but not limited to the loss of sales and profits, which Slick Slide would have made but for the acts of infringement by the Defendant. Such injury and damage to Slick Slide will continue unless Defendant is enjoined by this Court from further infringement.

WHEREFORE, Slick Slide prays for the following relief against Defendant:

A. That a judgment be entered against Defendant that the Defendant has infringed United States Design Patent No. D973,821.

B. That Defendant, its agents, sales representatives, servants and employees, associates, attorneys, parents, successors and assigns, and any and all persons or entities acting at,

through, under or in active concert or participation with any or all of them, be enjoined and permanently restrained from further infringing United States Design Patent No. D973,821.

  C. That a judgment be entered requiring each Defendant to pay to Slick Slide monetary damages sustained by Slick Slide due to such acts of infringement, including lost profits or reasonable royalty under 35 U.S.C. § 284, or alternatively, the Defendant's total profit under 35 U.S.C. § 289.

  D. That such damages payable to Slick Slide be trebled under 35 U.S.C. § 284 for willful infringement.

  E. That this case be adjudged and decreed exceptional under 35 U.S.C. § 285 and that Slick Slide be awarded its reasonable attorney fees.

  F. That Slick Slide be awarded its costs and prejudgment interest on all damages.

  G. That Slick Slide be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Slick Slide hereby demands and requests trial by jury of all issues raised that are triable by jury.

Respectfully submitted,

Dated:   June 23, 2023

*/s/ Kristi Motley*
Kristi Motley
Texas State Bar No. 24010842
NACE & MOTLEY, L.L.P.
100 Crescent Court, 7th Floor
Dallas, Texas 75201
Email: kmotley@nacemotley.com
Telephone:  (214) 459-8289
Facsimile:   (214) 242-4333

Brett A. Schatz (*Pro Hac Vice* Pending)
Ohio State Bar No. 0072038
WOOD, HERRON & EVANS, L.L.P.
600 Vine Street, Suite 28
Cincinnati, Ohio 45202
Email: bschatz@whe-law.com
Telephone:  (513) 241-2324
Facsimile:   (513) 241-2634

Attorneys for Plaintiff
Slick Slide LLC