IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| SLICK SLIDE LLC<br>4247 E. Casitas Del Rio<br>Phoenix, Arizona 85050, | ) ) ) ) | Case Number: 4:23-cv-00643-O<br><br>Judge: O'Connor |
| Plaintiff, | ) ) | |
| v. | ) ) | JURY TRIAL DEMANDED |
| NKDZ DFW, LLC<br>3225 McLeod Dr., Suite 100<br>Las Vegas, NV 89121 | ) ) ) ) | |
| and | ) ) | |
| Spacebound Operations, LLC<br>582 S. Grant Street<br>Mapleton, UT 84664 | ) ) ) ) | |
| Defendants. | ) | |

**FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff, Slick Slide LLC ("Slick Slide"), for its First Amended Complaint against Defendant NKDZ DFW, LLC and Defendant Spacebound Operations, LLC (collectively, "Defendants"), states and alleges the following:

**NATURE OF THE ACTION**

1. This is an action for patent infringement and arises under the patent laws of the United States, codified in Title 35 of the United States Code.

## THE PARTIES

2. Plaintiff Slick Slide LLC has a place of business at 4247 E. Casitas Del Rio, Phoenix, Arizona 85050, and is a well-known provider of recreational slides.

3. Defendant NKDZ DFW, LLC has a place of business at 8800 N. Tarrant Parkway, Suite #200, North Richland Hills, Texas 76182. Defendant NKDZ DFW, LLC owns a trampoline park at this location, and in connection therewith it uses and operates recreational slides.

4. Defendant Spacebound Operations, LLC has a place of business at 8800 N. Tarrant Parkway, Suite #200, North Richland Hills, Texas 76182. Defendant Spacebound Operations, LLC operates a trampoline park at this location, and in connection therewith it uses and operates recreational slides.

## JURISDICTION AND VENUE

5. This is a patent infringement case, and this Court has subject matter jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a).

6. Venue in this judicial district is appropriate based on 28 U.S.C. § 1400(b), in that the Defendants have committed acts of infringement and have a regular and established place of business therein.

## BACKGROUND FACTS

7. Slick Slide is a family-friendly business, providing entertainment for children and adults in the form of innovative and customized recreational slides. Slick Slide has provided its innovative and customized recreational slides throughout the United States.

8. Slick Slide incorporates unique technology and innovative designs in its products. Slick Slide's product offerings include indoor and outdoor customized recreational slides.

9. The slide designs offered by Slick Slide are the original creation of Slick Slide. By way of example only, Slick Slide's Launch Slide design is an original creation of Slick Slide.

10. Slick Slide's Launch Slide design is protected by United States Design Patent No. D973,821, entitled "Recreational Slide" ("the '821 patent"), which issued from the United States Patent and Trademark Office ("USPTO") on December 27, 2022, to inventor Gary Schmit. Mr. Schmit assigned the '821 patent to Slick Slide, which at all times relevant to this action has been the owner of the '821 patent. A copy of the '821 patent is attached to this Complaint as Exhibit A. Slick Slide marks its Launch Slide with the '821 patent.

11. Defendants own and operate a trampoline park. In connection with their business, Defendants use and operate recreational slides. For example, Defendants use and operate the slides that are depicted in the image attached hereto as Exhibit B. Defendants use and operate the slides that are depicted in the image attached hereto as Exhibit B in this judicial district, have substantial and continuous contacts with this judicial district, and conduct systematic business in this judicial district.

## COUNT I – PATENT INFRINGEMENT

12.     The allegations of 1-11 are incorporated by reference as if fully set forth herein.

13.     Defendants have infringed and continue to infringe the '821 patent by their operation and use of the recreational slides depicted in the image attached hereto as Exhibit B.

14.     Defendants' acts of patent infringement complained of herein are being carried out willfully and with full knowledge of Slick Slide's rights in the '821 patent. By way of example only, upon information and belief, Defendants acts of patent infringement are being carried out despite Defendants' knowledge that Slick Slide marks its Launch Slide with the '821 patent, via its website. In addition, Defendants were aware of the original Complaint in this matter asserting infringement of the '821 patent, and despite that awareness have continued to use and operate the slides in the same manner alleged to constitute patent infringement.

15.     As a result of Defendants' actions, Slick Slide has suffered and continues to suffer substantial injury, including irreparable injury and monetary damage, including but not limited to the loss of sales and profits, which Slick Slide would have made but for the acts of infringement by the Defendants. Such injury and damage to Slick Slide will continue unless Defendants are enjoined by this Court from further infringement.

WHEREFORE, Slick Slide prays for the following relief against Defendants:

A.      That a judgment be entered against Defendants, that the Defendants have infringed United States Design Patent No. D973,821.

B.  That Defendants, their agents, sales representatives, servants, employees, associates, attorneys, parents, successors and assigns, and any and all persons or entities acting at, through, under or in active concert or participation with any or all of them, be enjoined and permanently restrained from further infringing United States Design Patent No. D973,821.

C.  That a judgment be entered requiring each Defendant to pay to Slick Slide monetary damages sustained by Slick Slide due to such acts of infringement, including lost profits or reasonable royalty under 35 U.S.C. § 284, or alternatively, the Defendants' total profit under 35 U.S.C. § 289.

D.  That such damages payable to Slick Slide be trebled under 35 U.S.C. § 284 for willful infringement.

E.  That this case be adjudged and decreed exceptional under 35 U.S.C. § 285, and that Slick Slide be awarded its reasonable attorney fees.

F.  That Slick Slide be awarded its costs and prejudgment interest on all damages.

G.  That Slick Slide be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Slick Slide hereby demands and requests trial by jury of all issues raised that are triable by jury.

                                                Respectfully submitted,

Dated:  July 28, 2023                /s/ Brett A. Schatz
                                                Brett A. Schatz (*Pro Hac Vice*)
                                                WOOD, HERRON & EVANS, L.L.P.
                                                600 Vine Street, Suite 28
                                                Cincinnati, Ohio 45202
                                                Email: bschatz@whe-law.com
                                                Telephone:  (513) 241-2324
                                                Facsimile:   (513) 241-2634

                                                Kristi Motley
                                                NACE & MOTLEY, L.L.P.
                                                100 Crescent Court, 7th Floor
                                                Dallas, Texas 75270
                                                Email: kmotley@nacemotley.com
                                                Telephone:  (214) 459-8289
                                                Facsimile:   (214) 242-4333

                                                Attorneys for Plaintiff
                                                Slick Slide LLC