# EXHIBIT B

Case 4:23-cv-00643 Document 10-2 Filed 07/28/23 Page 2 of 10 PageID 60



Ninja Kidz Trampoline Park shared Ninja Kidz Trampoline Park.

May 29 at 6:00 AM · North Richland Hills, TX

The Super Slides are HERE.

20 foot slide. 5+ feet of air. Takes some courage. A perfect activity for Memorial Day.









 22

4  1

Like  Comment

Most relevant





<mark></mark>





## Ninja Kidz Trampoline Park
2.5K followers · 0 following

Posts  About  Photos  Videos

### Intro
World's First Ninja Kidz Trampoline Park. The best park in DFW. Period.:)

- Page · Playground
- 8800 N Tarrant Parkway Suite #200, North Richland Hills, TX, United States, Texas
- (817) 576-2146
- ninjakidzpark.com
- Price Range · $$
- Rating · 4.8 (88 Reviews)

### Photos
See all photos

**Ninja Kidz Trampoline Park** is at **Ninja Kidz Trampoline Park**.
May 29 at 6:00 AM · North Richland Hills, TX

The Super Slides are HERE.

20 foot slide. 5+ feet of air. Takes some courage. A perfect activity for Memorial Day.

🇺🇸🇺🇸🇺🇸





